IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NA-QUAN LEWIS, | § | |
| | § | |
| Defendant Below, | § | No. 369, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1606013385 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 17, 2018
Decided: November 15, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## O R D E R

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned order, dated June 8, 2018, summarily dismissing the appellant's first motion for postconviction relief under Superior Court Criminal Rule 61.

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice